# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

NO. 5:15cv26

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., | |
| VS. | CLERK'S ORDER OF DISBURSEMENT |
| SFI FOUNDATION, INC. ROBERT WAGNER DEREK RANDALL CATHCART | |

This matter is before the CLERK for purposes of disbursing the funds on deposit with the Clerk of Court. On February 27, 2015, the Plaintiff deposited with this court $5,000.00 as a surety bond (doc #11).

On May 8, 2015, this Court entered an Order (doc #30) declaring that this Court did not have personal jurisdiction over Defendants and ordered the case transferred to the Northern District of Indiana, Hammond Division.

On May 28, 2015, the Clerk for the Western District of North Carolina electronically transferred this case to the Northern District of Indiana, Hammond Division but did not transmit the surety bond money at that time.

THEREFORE, the financial division of this court is directed to contact the financial division of the Northern District of Indiana, Hammond Division for the purpose of arranging the transfer of the $5,000.00 surety bond. In the event the Northern District of Indiana has disposed of the matter and requests this court to return the surety money posted, the financial division of this court will comply.

IT IS SO ORDERED, this 29th day of March 2016.

Copies of this Order are to be served on all parties, the Financial Section of this court and the U.S. District Court for the Northern District of Indiana.

Signed: March 29, 2016

Frank G. Johns, Clerk
United States District Court